UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80762-Civ-Middlebrooks/Brannon

NELSON FERNANDEZ,

    Plaintiff,

v.

O'REILLY AUTOMOTIVE STORES, INC.,

    Defendant.

_____/

## **NOTICE OF SETTLEMENT**

Defendant O'REILLY AUTOMOTIVE STORES, INC. ("Defendant"), by and through undersigned counsel, hereby notifies the Court that the Parties have reached a settlement in this case, with each side to bear its own attorney's fees and costs, except as specifically provided in the Settlement Agreeement. The Parties are formalizing their agreement, and expect to file the Stipulation for Dismissal With Prejudice within twenty (20) days.

Case No. 20-80762-Civ-Middlebrooks/Brannon

Respectfully submitted,


/s/ Elizabeth P. Johnson
Elizabeth P. Johnson
Fla. Bar No. 920990
Email: ejohnson@fowler-white.com

Lindsay M. Massillon
Fla. Bar No. 92098
Email: lmassillon@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

*Counsel for O'REILLY AUTOMOTIVE STORES, INC.*

Case No. 20-80762-Civ-Middlebrooks/Brannon

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Elizabeth P. Johnson
Elizabeth P. Johnson

Case No. 20-80762-Civ-Middlebrooks/Brannon

## SERVICE LIST

| | |
|---|---|
| Roderick V. Hannah, Esq. | Pelayo Duran, Esq. |
| Roderick V. Hannah, Esq., P.A. | Law Office of Pelayo Duran, P.A. |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126 |
| T. 954-362-3800 | T. 305-266-9780 |
| F. 954-362-3779 | F. 305-269-8311 |
| Email: rhannah@rhannahlaw.com | Email: duranandassociates@gmail.com |
| *Counsel for Plaintiff* | *Co-Counsel for Plaintiff* |

FOWLER WHITE BURNETT P.A. • BRICKELL ARCH, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200