## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80762-Civ-Middlebrooks/Brannon

NELSON FERNANDEZ,

      Plaintiff,

v.

O'REILLY AUTOMOTIVE STORES, INC.,

      Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW** the parties herein, Plaintiff, NELSON FERNANDEZ, and Defendant,

O'REILLY AUTOMOTIVE STORES, INC., by and through their undersigned attorneys, and

show the Court that the parties hereto have agreed to amicably settle the subject cause.

**WHEREFORE**, the parties petition this Court for an Order dismissing this cause with

prejudice.  Each party shall bear its own costs and attorneys' fees.


Dated: _June 18, 2020_____        Dated: __June 18, 2020_____


  _/s/ Roderick V. Hannah, Esq._         _/s/ Elizabeth P. Johnson_
Roderick V. Hannah, Esq.                     Elizabeth P. Johnson, Esq.
Fla. Bar No. 435384                         Fla. Bar No. 920990
Roderick V. Hannah, Esq., P.A.         Fowler White Burnett, P.A.
8751 W. Broward Blvd., Suite 303       Brickell Arch, Fourteenth Floor
Plantation, FL 33324                      1395 Brickell Avenue
T. 954-362-3800                           Miami, Florida 33131
F. 954-362-3779                           Telephone: (305) 789-9200
Email: rhannah@rhannahlaw.com       Facsimile: (305) 789-9201
*Counsel for Plaintiff*                      ejohnson@fowler-white.com
                                       *Attorneys for Defendant*