UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80762-Civ-Middlebrooks/Brannon

NELSON FERNANDEZ,

    Plaintiff,

v.

O'REILLY AUTOMOTIVE STORES, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed on June 18, 2020. (DE 13). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE.**

2. The Clerk of Court shall **CLOSE this CASE.**

3. The Clerk shall also **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 18th day of June, 2020.

Donald M. Middlebrooks
United States District Judge